AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

**THOMAS M. JONES, JR., et al.,**

        **Plaintiffs,**

                                  **JUDGMENT IN A CIVIL CASE**

**vs.**

                                  **CASE NO.  C2-06-80**

**NATIONAL CITY BANK,**

        **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the Opinion and Order filed June 21, 2007, third party plaintiff National City Bank is awarded judgment by default against third party defendant Thomas M. Jones, III, in the amount of $23,082.89.**

Date: June 21, 2007                        JAMES BONINI, CLERK

                                      */S/ Andy F. Quisumbing*

                                      (By) Andy F. Quisumbing
                                       Courtroom Deputy Clerk